Nancy Curry
Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
(213) 689-3014  FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| DEVEREAUX, CHANZTON DARRANCE | ) CASE NO.2:23-bk-12563-WB |
| | ) |
| DEVEREAUX, MELANIE LAVERNE | ) **AMENDED** |
| | ) **NOTICE OF §341(a) MEETING** |
| | ) **OF CREDITORS** |
| | ) |
| | ) **Date:6/8/2023** |
| | ) **Time:10:00 AM** |
| | ) **Place: WILL BE CONDUCTED** |
| Debtor | ) **REMOTELY** |
| | ) |

In light of the current situations related to COVID-19 and in order to adhere to the social distancing guidelines, all §341(a) meetings of creditors commencing April 13, 2020 will be conducted remotely until further notice.

PLEASE TAKE NOTICE that the scheduled §341(a) meeting of creditors in the above-referenced matter will be conducted remotely at the same date and time as set forth above using the online video system Zoom in lieu of in-person at the location provided in the original Notice. Please refer to the instructions on the next page on how to access the meeting via Zoom.

Date: May 9, 2023                                              /s/ Nancy Curry

AMENDED NTC OF 341(A) MEETING

**INSTRUCTIONS ON HOW TO ACCESS ZOOM**

If you have a headset with a microphone, such as the headphones you speak on your mobile phone with, please read the instructions below for "Accessing Zoom Online (with a Microphone)." If you *do not* have a headset with a microphone, please read "Accessing Zoom Online (without a Microphone)" below.

If you do not have a computer with Internet access, please read "Accessing Zoom via Telephone."

**Accessing Zoom Online (with a Microphone):**

1. Click on the following link:
**https://us06web.zoom.us/j/86780295922?pwd=Mkh2Wlo5aFdoMkhnS3BuTW94Rk1zdz09**
2. Install Zoom when prompted. If you are not prompted to install Zoom, click "Download and Install" as shown on the screen. Install the application.
3. After Zoom is installed, enter your name as listed on your driver's license/state-issued ID. Click "Join Meeting.
4. If prompted, enter the following password: **811231**
5. Click "Join with Computer Audio." You are now in the meeting.

**Accessing Zoom Online (without a Microphone):**

1. Click on the following link:
**https://us06web.zoom.us/j/86780295922?pwd=Mkh2Wlo5aFdoMkhnS3BuTW94Rk1zdz09**
2. Install Zoom when prompted. If you are not prompted to install Zoom, click "Download and Install" as shown on the screen. Install the application.
3. After Zoom is installed, enter your name as listed on your driver's license/state-issued ID. Click "Join Meeting."
4. If prompted, enter the following password: **811231**
5. Click "Phone Call" in the box that appears. Click "Done."
6. On your phone, dial **(888) 788-0099**.
7. When prompted, enter the Meeting ID: **867 8029 5922**. Hit "# (pound)" twice when prompted. You are now in the meeting.

**Accessing Zoom via Telephone:**

1. Call toll-free **(888) 788-0099**.
2. When prompted, enter the following Meeting ID: **867 8029 5922**.
3. Hit "# (pound)" when prompted. Hit "# (pound)" again. You do not need to enter a Participant ID.

# PROOF OF SERVICE DOCUMENT

In Re:  **DEVEREAUX, CHANZTON DARRANCE**
**DEVEREAUX, MELANIE LAVERNE**
**Case No. LA 2:23-bk-12563-WB**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
> NANCY CURRY, CHAPTER 13 TRUSTEE
> 1000 WILSHIRE BLVD., SUITE 870
> LOS ANGELES, CA  90017

The foregoing document described as **AMENDED NOTICE OF 341(a) MEETING OF CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On May 9, 2023
I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On May 9, 2023, I served the following person(s) and/or entity(ies) at the last known
address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor | Attorney for Debtor |
|---|---|
| DEVEREAUX, CHANZTON DARRANCE | PETER M. LIVELY |
| DEVEREAUX, MELANIE LAVERNE | LAW OFFICE OF PETER M. LIVELY |
| 1960 W 64TH STREET | 11268 WASHINGTON BLVD., #203 |
| LOS ANGELES, CA 90047 | CULVER CITY, CA 90230-4647 |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on May 9, 2023, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 9, 2023 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:23-bk-12563-WB<br>Central District of California<br>Los Angeles<br>Tue May  9 08:36:14 PDT 2023 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | Aerospac Federal Credit Union<br>2310 East El Segundo Boulevard<br>El Segundo, CA 90245-4609 |
| American Express<br>PO Box 7871<br>Fort Lauderdale, FL 33329 | Bank of the West<br>c/o Prober & Raphael, ALC<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, CA 91364-6207 | (p)CENLAR FSB<br>425 PHILLIPS BLVD<br>EWING NJ 08618-1430 |
| Capital One<br>11013 West Broad Street<br>Glen Allen, VA 23060-6017 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Coast Professional, Inc.<br>PO Box 425<br>Geneseo, NY 14454-0425 |
| (p)CREDIT CORP SOLUTIONS INC<br>121 W ELECTION RD<br>SANDY UT 84020-7766 | Franchise Tax Board<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| LVNV Funding, LLC<br>PO Box 10497<br>Greenville, SC 29603-0497 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Syncb/Amazon<br>PO Box 981432<br>El Paso, TX 79998-1432 | Syncb/Paypal<br>PO Box 965005<br>Orlando, FL 32896-5005 | TD Bank /Target<br>PO Box 673<br>Minneapolis, MN 55440-0673 |
| TD Bank/Nordstroms<br>13531 East Caley Avenue<br>Englewood, CO 80111-6505 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Chanzton Darrance Devereaux<br>1960 W. 64th Street<br>Los Angeles, CA 90047-1738 |
| Melanie Laverne Devereaux<br>1960 W. 64th Street<br>Los Angeles, CA 90047-1738 | Nancy K Curry (TR)<br>1000 Wilshire Blvd., Suite 870<br>Los Angeles, CA 90017-2466 | Peter M Lively<br>The Law Offices of Peter M Lively<br>11268 Washington Blvd Ste 203<br>Culver City, CA 90230-4647 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CENLAR<br>425 Phillips Blvd<br>Ewing, NJ 08618 | Chase Card<br>800 Brooksedge Boulevard<br>Westerville, OH 43081 | Credit Corp Solutions<br>121 West Election Road, Suite 200<br>Draper, UT 84020 |

Portfolio Recovery Associates
120 Corporate Boulevard, Suite 1
Norfolk, VA 23502

End of Label Matrix
Mailable recipients    23
Bypassed recipients     0
Total                  23